## HIRONS *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 61, September Term, 1964.]

*Decided December 7, 1964.*

Before the entire Court.

PER CURIAM.

In this application for leave to appeal from a determination of defective delinquency, the applicant raises only contentions that have been repeatedly found to be without merit in prior decisions of this Court. See, for example, *Wheatfall v. Director,* 236 Md. 623, and *Jewell v. Director,* 236 Md. 643. See also *Pence v. Director,* 235 Md. 651, and *Williams v. Director,* 232 Md. 632.

*Application denied.*